JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY TIENDA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,[1]<br><br>    Defendant. | Case No. 2:24-cv-10507-ODW-KES<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Order Accepting Report and Recommendation of the United States Magistrate Judge, the decision of the Commissioner of the Social Security Administration is affirmed. Judgment is hereby entered against Plaintiff and in favor of the Commissioner.

DATED: July 18, 2025

                                          OTIS D. WRIGHT, II
                                          UNITED STATES DISTRICT JUDGE

---

[1] Frank Bisignano became Commissioner of Social Security on May 6, 2025. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted as Defendant in this suit. The Clerk is directed to update the electronic docket accordingly.